# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6747 PA (Ex) | Date | December 8, 2022 |
|---|---|---|---|
| Title | GS Holistic, LLC v. Smoker's Paradise Smoke Shop, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

     Generally, defendants must answer the complaint within 21 days after service. Fed. R. Civ. P. 12(a)(1). In the present case, this time period has not been met. On October 19, 2022, plaintiff filed Proofs of Service indicating that defendants Smokers Paradise Smoke Shop and Reem Touma were served with the Summons and Complaint on October 7, 2022, and that their responses to the Complaint were both due on October 28, 2022. Also on October 19, 2022, plaintiff filed a Proof of Service indicating that defendant Mohammad Anwar was served with the Summons and Complaint on October 10, 2022, and that his response to the Complaint was due on October 31, 2022. Then, on October 20, 2022, plaintiff filed a Proof of Service indicating that defendant Joseph Gabra was served with the Summons and Complaint on October 7, 2022, and that his response to the Complaint was due on October 28, 2022. On October 25, 2022, the parties filed a stipulation pursuant to Local Rule 8-3 that defendants had until November 27, 2022 to respond to plaintiff's Complaint.

     On November 30, 2022, the Court ordered plaintiff to show cause in writing on or before December 7, 2022, why this action should not be dismissed for lack of prosecution. On December 7, 2022, plaintiff filed a response in which counsel for plaintiff responded that he had been in contact with defendants' counsel and that the parties are pursuing a settlement.

     The Court finds plaintiff's Response insufficient to discharge the Court's November 30, 2022 Order to Show Cause. The Court hereby continues plaintiff's deadline to respond to the Order to Show Cause to **December 22, 2022**. On or before that date, the Court orders that either the parties appear to put their settlement on the record, file a notice of dismissal, defendants file an answer or otherwise respond to plaintiff's complaint, or that plaintiff ask for the clerk to enter defendants' default. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint without further warning.

     IT IS SO ORDERED.