JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | CV 22-6747 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| SMOKER'S PARADISE SMOKE SHOP, ET AL., | |
| Defendants. | |

Pursuant to the Court's December 22, 2022 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 22, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE